Jack Donald CLIFFORD, Jr., Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 35131.**

Missouri Court of Appeals,
Western District.

April 24, 1984.

Daniel Linus Chadwick, Hamilton, for appellant.

John Ashcroft, Atty. Gen., and John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SOMERVILLE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate conviction and sentence entered on a plea of guilty to forcible rape and felonious assault, §§ 559.260, RSMo Supp. 1975 (repealed 1977) and 559.190, RSMo 1969 (repealed 1977). No jurisprudential purpose would be served by a written opinion and we therefore affirm in compliance with Rule 84.16(b).